IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 04-20359-MI |
| ) | |
| OMAR VERDUGO, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COUNT(S)

Upon Motion of the United States of America and for good cause shown, the remaining Count(s) of the above referenced indictment, to wit: Count 2, is hereby DISMISSED.

____10/4/05____
Date

____[signature]____
Hon. Jon P. McCalla
United States District Judge

FILED IN OPEN COURT
DATE: 10/4/05
TIME: 9:25 am
INITIALS: JPW

1

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-4-05_

205

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT